UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sarah R. Lee, | ) | CASE NO.: 1:18CV1420 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| | ) | |
| | ) | |
| Ohio Education Association, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pending before the Court is Plaintiff's motion for a preliminary injunction filed on June 28, 2018. The matter is hereby scheduled for a TELEPHONE CONFERENCE on **June 29, 2018 at 12:00 p.m.** Counsel for the Plaintiff shall arrange the call and provide a call-in number to the Court and all counsel to utilize.

Counsel for Plaintiff is hereby ordered to serve the complaint, its attachments, the motion for injunctive relief, and this order on Defendants by no later than **5:00 p.m. on June 28, 2018**. Plaintiffs' counsel shall then file a notice with the Court that indicates how and when such service was completed.

IT IS SO ORDERED.

June 28, 2018                                   */s/ John R. Adams*
                                                JUDGE JOHN R. ADAMS
                                                UNITED STATES DISTRICT JUDGE