# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **SARAH R. LEE**, | : |
| | : |
| *Plaintiff,* | : Case No. 1:18-CV-1420 |
| | : |
| v. | : Judge John R. Adams |
| | : |
| **OHIO EDUCATION ASSOCIATION, et al.,** | : |
| | : |
| *Defendants.* | : |

## NOTICE OF LOCAL RULE 7.1(f) CERTIFICATION

Undersigned counsel certifies that this case has not been assigned a track, and that the foregoing memorandum complies with the limitation to 20 pages for unassigned cases set forth in Local Rule 7.1(f).

        Respectfully submitted,

        MICHAEL DEWINE (0009181)
        Ohio Attorney General

        */s/ Michael D. Allen*
        MICHAEL D. ALLEN (0020693)*
         *\*Lead Assistant Attorney General*
        LISA A. REID   (0040133)
        Assistant Attorneys General
        Labor Relations Section
        30 East Broad Street, 23rd Floor
        Columbus, Ohio 43215
        Tel: 614-644-8462/Fax:  866-434-3345
        michael.allen@ohioattorneygeneral.gov
        lisa.reid@ohioattorneygeneral.gov

        *Counsel for Defendants State Employment Relations Board members W. Craig Zimpher, Aaron A. Schmidt and J. Richard Lumpe*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 11, 2018, the foregoing was filed with the Court. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties for whom counsel has entered an appearance. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing has been served by first class mail via the U.S. Postal Service upon all parties for whom counsel has not yet entered an appearance and upon all counsel who have not entered their appearance via the electronic system.

                                          */s/ Michael D. Allen*
                                          MICHAEL D. ALLEN (0020693)*
                                            *\*Lead Assistant Attorney General*