UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sarah R. Lee, | ) | CASE NO. 1:18CV1420 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge John R. Adams |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| | ) | |
| Ohio Education Association, et al., | ) | |
| | ) | |
| Defendants. | | |

Defendants' motions to dismiss are GRANTED.  For the reasons set forth in the Memorandum of Opinion and ORder filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the complaint is hereby DISMISSED.

IT IS SO ORDERED.

March 25, 2019                                     /s/John R. Adams
Date                                                 Judge John R. Adams
                                                           United States District Court